In the Matter of JOHN W. MCELVENEY, Respondent.

JAMES T. KEITH, Commissioner of Public Safety of the City of Albany, Appellant.

*Appeal — motion to dismiss appeal from order reversing dismissal of patrolman denied.*

Reported below, 214 App. Div. 741.

(Argued October 5, 1925; decided October 13, 1925.)

MOTION. to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1925, which reversed a determination of the commissioner of public safety of the city of Albany dismissing the respondent herein from the office of patrolman in the police department of the city of Albany.

The motion was made upon the ground that the appeal was unauthorized.

*Joseph L. Delaney* for motion.
*Anthony De Stefano* opposed.

Motion denied, with ten dollars costs.